IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              :      Chapter 13

James J Flora                       :      Case No. 17-13181
xxx-xx-3862


        Debtor
```

## APPLICATION FOR A WAGE ORDER

Debtor in the above caption matter hereby respectfully applies for a wage order to be issued in this case directing the employer to withhold from his/her pay period the sum listed on the attached order and to forward the same to the standing trustee listed on the attached order.

```
_____            /s/ David M. Offen
Chapter 13 Trustee                  David M. Offen, Esquire
                                    Attorney for Debtor(s)
```

Dated: May 3, 2017

Debtor's Counsel
David M. Offen, Esquire
Suite 160 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106