**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James J. Flora <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 17-13181 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N. A. and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ Kevin G. McDonald, Esq.**
                                        Kevin G. McDonald, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322