IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            :          CHAPTER 13

James J. Flora                    :          No. 17-13181-MDC
    Debtor

ANSWER TO MOTION OF BANK OF AMERICA, N.A.
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Debtor is uncertain.

8. Admitted.

9. Denied.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 11/13/18