IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13
 James J. Flora                 :        No. 17-13181-MDC
        Debtor                  :

CERTIFICATE OF SERVICE


     The undersigned hereby certifies that a true and correct

copy of the foregoing Answer to Motion for Relief was served on

November 13, 2018 on the Chapter 13 Trustee, William C.

Miller, Esquire by electronic mail along with the following

creditor:

Kevin G. McDonald on behalf of Bank of America, N.A.
Bkgroup@kmllawgroup.com


                                /s/ David M. Offen
                                David M. Offen Esq.
                                Attorney for Debtor
                                601 Walnut Street
                                Suite 160 West
                                Philadelphia, PA 19106
                                215-625-9600


11/13/18