Certificate Number: 12433-PAE-DE-036382633

Bankruptcy Case Number: 17-13181



12433-PAE-DE-036382633

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 8, 2022</u>, at <u>3:42</u> o'clock <u>PM EST</u>, James J. Flora completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania.</u>

Date:    <u>March 8, 2022</u>          By:      <u>/s/Lance Brechbill</u>

Name:   <u>Lance Brechbill</u>

Title:    <u>Teacher</u>