# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| **James J Flora** | **: Case No. 17-13181-MDC** |
| **xxx-xx-3862** | |
| **Debtor** | |

## ORDER

AND NOW, this __10th__ day of _____March_____ 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE