United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

James J Flora

    Debtor

Case No. 17-13181-mdc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2             User: admin           Page 1 of 2

Date Rcvd: Mar 10, 2022         Form ID: pdf900        Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James J Flora, 3160 Belgreen Road, Philadelphia, PA 19154-1333 |
| cr | + | US Bank Trust National Association as Trust of the, c/o Kathy Watson SN Servicing Corp, Bankruptcy Asset Manager, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee of |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2022         Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor James J Flora dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

District/off: 0313-2                           User: admin                                   Page 2 of 2
Date Rcvd: Mar 10, 2022                       Form ID: pdf900                            Total Noticed: 3

KENNETH E. WEST
                         ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                         on behalf of Creditor Bank of America  N. A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
                         on behalf of Creditor Bank of America  N. A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
                         on behalf of Creditor Wells Fargo Bank  NA tomysong0@gmail.com

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : Chapter 13

James J Flora                       : Case No. 17-13181-MDC
         xxx-xx-3862

     Debtor

**ORDER**

AND NOW, this ___10th___ day of _____March_____ 2022,
it is hereby Ordered that the Wage Order in effect in the above
captioned matter be TERMINATED.

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE