United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James J Flora  
    Debtor

Case No. 17-13181-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 01, 2022      Form ID: 138OBJ      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James J Flora, 3160 Belgreen Road, Philadelphia, PA 19154-1333 |
| 13912902 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13938032 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14218652 | + | Bank of America, N.A., c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13912906 | + | Jason Flora, 3160 Belgreen Road, Philadelphia, PA 19154-1333 |
| 13912907 | + | Kim Flora, 3160 Belgreen Road, Philadelphia, PA 19154-1333 |
| 13917287 | | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 13912909 | + | Nissan Motor Acceptance Corp/Infinity Lt, Nmac/Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 13912910 | + | Nissan Motore Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 13938943 | | Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, Atty for Wells Fargo Bank, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14287783 | + | US Bank Trust National Association, as Trustee of the Lodge Series III Trust, c/o Kathy Watson, SN Servicing Corp, Bankruptcy Asset Manager, 323 5th Street Eureka, CA 95501-0305 |
| 13912915 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 13912913 | + | Wells Fargo, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 13912914 | + | Wells Fargo Bank Ia N, Mac-F8235-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13964065 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13939461 | #+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 13957006 | + | Wells Fargo Bank, N.A., 435 Ford Road, suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2022 01:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2022 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 02 2022 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13956534 | | Email/PDF: bncnotices@becket-lee.com | Apr 02 2022 01:13:32 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13912901 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2022 01:13:28 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13912902 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 02 2022 01:09:30 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13938032 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 17-13181-mdc   Doc 65   Filed 04/03/22   Entered 04/04/22 00:34:39   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: 138OBJ | Total Noticed: 37 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Apr 02 2022 01:09:30 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14004997 | | Email/Text: megan.harper@phila.gov | Apr 02 2022 01:09:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13912903 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2022 01:13:32 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 13912904 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2022 01:13:28 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13916026 | | Email/Text: mrdiscen@discover.com | Apr 02 2022 01:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13912905 | + | Email/Text: mrdiscen@discover.com | Apr 02 2022 01:09:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13956287 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:35 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13976767 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:28 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028444 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:27 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13912908 | + | Email/Text: bk@lendingclub.com | Apr 02 2022 01:09:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 13913930 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 02 2022 01:13:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13938692 | | Email/Text: bnc-quantum@quantum3group.com | Apr 02 2022 01:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13912911 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 02 2022 01:13:34 | Syncb/hh Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 13914039 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 02 2022 01:13:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13912912 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 02 2022 01:13:27 | Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14287519 | + | Email/Text: bknotices@snsc.com | Apr 02 2022 01:09:00 | U.S. Bank Trust National Association as, Trustee of the Lodge Series III Trust, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: 138OBJ | Total Noticed: 37 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor James J Flora dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank of America  N. A. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank of America  N. A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank  NA tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James J Flora
    Debtor(s)

Case No: 17−13181−mdc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/1/22