### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  : Chapter 13

James J Flora                                           : Case No. 17–13181–mdc
            Debtor(s)


### ORDER
_____


    AND NOW, this day , 13th of September 2022 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                            By The Court

                                            Magdeline D. Coleman
                                            Chief Judge , United States Bankruptcy Court